IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Abdi Jama, et al.,

    Plaintiffs,

  v.                                      Case No. 2:15-cv-3013

1st Class Staffing,
LLC, et al.,

    Defendants.

ORDER

    On February 23, 2017, the magistrate judge issued a show cause order directing plaintiffs Abdi Jama and Omar Hassan to show cause why their claims should not be dismissed for want of prosecution, and were advised that failure to respond may result in the recommendation of dismissal. The magistrate judge had previously entered an order on February 22, 2017, granting the motion of plaintiffs' attorneys for leave to withdraw as counsel for Mr. Jama and Mr. Hassan based on their lack of cooperation in assisting with the prosecution of this action. Mr. Jama and Mr. Hassan failed to respond to the show cause order. This matter is now before the court on the March 17, 2017, report and recommendation of the magistrate judge, recommending that the claims of Abdi Jama and Omar Hassan be dismissed for failure to comply with the show cause order and for failure to prosecute.

    The parties were advised that "failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc.

53, p. 2.  The deadline for filing objections has passed, and no objections have been filed.

The court hereby adopts the report and recommendation (Doc. 53). The claims of plaintiffs Abdi Jama and Omar Hassan are dismissed with prejudice for failure to prosecute.  The clerk is directed to terminate those plaintiffs as parties.  The motion (Doc. 30) of defendants Jacobson Warehouse Company, Inc. and XPO Logistics, Inc., to dismiss the claims of Abdi Jama and Omar Hassan is also granted.

Date: April 3, 2017                     s/James L. Graham
                                          James L. Graham
                                          United States District Judge